**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**GALVESTON DIVISION**

| | | |
|---|---|---|
| **WINSCOTT LLC, DAVIS OPERATING COMPANY and BLUESTEM NATURAL GAS LLC,** § § § § | | |
| Plaintiffs, § | **CASE NO. 3:21-cv-00030** | |
| § § | | |
| v. § § | | |
| **SCHLUMBERGER TECHNOLOGY CORPORATION,** § § § | | |
| Defendants. § § | | |

## ORDER GRANTING DEFENDANT SCHLUMBERGER TECHNOLOGY CORPORATION'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFFS' COMPLAINT

ON THE DATE SET FORTH BELOW came on for consideration, Defendant Schlumberger Technology Corporation's ("STC") Unopposed Motion for Extension of Time to Answer or Otherwise Respond to Plaintiffs' Complaint. After consideration of the unopposed motion, this Court is of the opinion that the motion is meritorious. It is therefore,

ORDERED that Defendant STC must respond to Plaintiffs' Complaint on or before March 29, 2021.

SIGNED on Galveston Island this _____ day of _____, 20_____.

_____
JEFFREY VINCENT BROWN
UNITED STATES DISTRICT JUDGE