United States District Court
Southern District of Texas
**ENTERED**
March 04, 2021
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| WINSCOTT LLC, *et al*, | § | |
| | § | |
| *Plaintiffs*, | § | |
| VS. | § | 3:21-CV-30 |
| | § | |
| SCHLUMBERGER TECHNOLOGY CORPORATION, | § | |
| | § | |
| *Defendant*. | § | |

## ORDER GRANTING DEFENDANT SCHLUMBERGER TECHNOLOGY CORPORATION'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT

Before the court is the defendant Schlumberger Technology Corporation's unopposed motion for extension of time to answer or otherwise respond to plaintiffs' complaint. Dkt. 6. The court grants that motion.

The court therefore orders that the defendant respond to the plaintiff's complaint on or before **March 29, 2021**.

Signed on Galveston Island on the 4th day of March, 2021.

JEFFREY VINCENT BROWN
UNITED STATES DISTRICT JUDGE